IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR
STRUCTURED ASSET SECURITIES
CORPORATION MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-BC1

          PLAINTIFF          CASE NUMBER: 1:13-cv-1860
                                           DISTRICT JUDGE: JAMES B. ZAGEL

          VS.

MARLEY S. CECILIO, NILES CENTER
CONDOMINIUM ASSOCIATION,

          DEFENDANT(S).

## ORDER DISMISSING CASE

This matter is before the Court on Plaintiff's Motion to Dismiss Case, and the Court being duly advised in the premises, now GRANTS same. The case of WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BC1 *v* MARLEY S. CECILIO, NILES CENTER CONDOMINIUM ASSOCIATION is dismissed without prejudice.

Dated: 18 MAR 2013          Enter: _____
                                                  JAMES B. ZAGEL
                                                U.S. District Judge